IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| ELVIS PEDRO,<br><br>        **Plaintiff,**<br><br>v.<br><br>PARAGON SYSTEMS, INC.,<br><br>        **Defendant.** | )<br>)<br>)<br>)<br>)   CASE NO. 1:22-cv-00043<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF TAKING DEPOSITION OF ELVIS PEDRO**

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Virgin Islands Rules of Civil Procedure, Defendant Paragon Systems, Inc., through their attorneys, Ogletree, Deakins, Nash, Smoak & Stewart, LLC, will conduct the deposition of Elvis Pedro, commencing on **April 5, 2023, at 10:00 a.m.** and continuing from that time until complete, via **Zoom**. The deposition will continue from day to day until completed and will be recorded stenographically and may be videotaped.

                                            Respectfully submitted,

                                            **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, LLC**

DATED: February 9, 2023        By:   */s/ Simone R.D. Francis*
                                                    SIMONE R.D. FRANCIS
                                                    V.I. Bar Number 537
                                                    The Tunick Building, Suite 201
                                                    1336 Beltjen Road
                                                    St. Thomas, VI 00802
                                                    Telephone: (340) 714-1235
                                                    Facsimile:  (340) 714-1245
                                                    Email: simone.francis@ogletree.com

                                                    *Attorneys for Paragon Systems, Inc.*